# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable James B. Clark, III |
| | : | |
| v. | : | Mag. No. 18-3304 |
| | : | **CRIMINAL COMPLAINT** |
| GARETH EDWARDS | : | |

I, Adriana DiMiceli, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Drug Enforcement Agency, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached page and made a part hereof:

_____
Special Agent Adriana DiMiceli
United States Department of Justice
Drug Enforcement Agency

Sworn to before me and subscribed in my presence,
December 3, 2018 in Newark, New Jersey

HONORABLE JAMES B. CLARK, III        _____
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession with the Intent to Distribute Marijuana)

On or about October 4, 2018, in Essex County, in the District of New Jersey and elsewhere, the defendant,

### GARETH EDWARDS

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
(Possession of a Firearm in Furtherance of a
Drug Trafficking Crime)

On or about October 4, 2018, in Essex County, in the District of New Jersey and elsewhere, the defendant,

### GARETH EDWARDS

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the possession with intent to distribute marijuana, a schedule I controlled substance as charged in Count One, did knowingly possess a firearm, namely: a 9mm Ruger firearm with a defaced serial number, which was loaded with an extended magazine and sixteen rounds of ball point ammunition.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## **ATTACHMENT B**

  I, Adriana DiMiceli, am a Special Agent with the Drug Enforcement Agency. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about October 4, 2018, at approximately 6:30 a.m. detectives from the Newark Police Department responded to 211 Summer Avenue, Apartment 11 with the purpose of executing a search warrant.

2. The defendant, Gareth Edwards ("EDWARDS") was discovered in the bedroom of the apartment and detained. Underneath a dresser in this same bedroom detectives recovered a firearm, namely, a black and silver 9mm Ruger firearm with a defaced serial number (the "Firearm"). The Firearm was equipped with an extended magazine and loaded with 16 ball point rounds of ammunition. A book bag that contained approximately $7,458 in U.S. currency was also recovered in this room.

3. Within a second bedroom, detectives recovered multiple boxes containing suspected marijuana. Some of these boxes were packaged with mailing labels affixed to them, evidence that they were intended for distribution. A total of 24.5 pounds of suspected marijuana was recovered from the second room.

4. During the course of the search, law enforcement agents heard EDWARDS repeatedly state, "…I should've moved this shit, I knew you guys were coming".